IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONTAIE ANDERSON, *Petitioner*, v. DISTRICT ATTORNEY OF LEHIGH COUNTY, et al. *Respondents.* | CIVIL ACTION NO. 20-04170 |

## ORDER

**AND NOW**, this 4th day of January 2021, upon consideration of Petitioner's Petitions for Writ of Habeas Corpus, (ECF Nos. 1, 7), and Motion for Emergency Bail, (ECF No. 10), it is **ORDERED** that the Petitions and Motion are **DENIED**. The Order referring the case to Magistrate Judge Timothy Rice for a Report and Recommendation, (ECF No. 8), is **VACATED**. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.